# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:20-cr-00096-TWP-DLP |
| DOROTHY KNIGHT, | ) -12 |
| Defendant. | ) |

## SCHEDULING ORDER

This matter is set for change of plea hearing on <u>October 15, 2020 at 9:00 a.m.</u> in Courtroom 349, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana. Sentencing will be scheduled after disclosure of the presentence investigation report.

IT IS SO ORDERED.

Date: 8/31/2020

*Tanya Walton Pratt*

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Bradley A. Blackington
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bradley.blackington@usdoj.gov

Kathryn Y. Dinardo
DINARDO LAW P.C.
kate@dinardolawoffice.com