UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) NO. 1:20-cr-0096-TWP-DLP-12 |
| DOROTHY KNIGHT, | ) |
| | ) |
| Defendant. | ) |

## **<u>ORDER</u>**

This matter comes before the Court on the Government's Motion to Dismiss. Upon consideration of the same, the Court GRANTS the Government's Motion.

IT IS THEREFORE ORDERED that the Original Indictment and Count One of the Superseding Indictment are dismissed without prejudice as to Dorothy Knight, in lieu of her conviction for Count Eight of the Superseding Indictment.  Count Eight of the Superseding Indictment against Knight remains in full force and effect.

So ORDERED this __20th__ day of November, 2020.

Date: 11/20/2020

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel via electronic notification.

United States Probation Office