UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:20-cr-00096-TWP-DLP |
| | ) | |
| DOROTHY KNIGHT, | ) | -12 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On April 11, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender under Supervised Release filed on April 7, 2025, and order granting Petition on April 8, 2025. [Filing Nos. 1033, 1034.] Defendant appeared in person with her appointed counsel Dominic Martin. The government appeared by Corbin Houston, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer, Justin Ottino.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of her rights and provided her with a copy of the petition. Defendant orally waived her right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Filing Nos. 1033, 1034.] Government orally moved to withdraw the remaining violation number 2, which motion was granted by the Court.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You shall not unlawfully possess a controlled substance. You shall refrain from any unlawful use of a controlled substance. You shall submit to one drug test within 15 days of release from imprisonment** |

      **and at least two periodic least two periodic drug tests thereafter, as determined by the court."**

      As previously reported to the Court, Ms. Knight tested positive for illicit substances on February 15 (cannabinoids), May 13 (cannabinoids and dilute), May 24 (cannabinoids and dilute), June 4 (cannabinoids and methamphetamine), June 24 (cannabinoids and methamphetamine), and July 16, 2024 (cannabinoids). Ms. Knight also tested positive on February 13, 2025, for cannabinoids and dilute.

      Additionally, on March 27, 2025, she tested positive for cannabinoids.

4. The parties stipulated that:

  (a)  The highest grade of violation is a Grade B violation.

  (b)  Defendant's criminal history category is I.

  (c)  The range of imprisonment applicable upon revocation of supervised release, therefore, is 4 to 10 months imprisonment.

5.  The parties jointly recommended a sentence of 6 months imprisonment with no supervision to follow. Defendant's counsel requested placement at the lowest security facility that defendant is eligible.

  The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a) and § 3583(e), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that her supervised release should be revoked, and that she should be sentenced to the custody of the Attorney General or her designee for a period of 6 months imprisonment with no supervised release to follow. The Magistrate Judge recommends placement at the lowest security facility that defendant is eligible.

  The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 4/11/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system